AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| WILLIAM KIRCHER, <br> *Plaintiff(s)* <br> v. <br> ANGRY GOAT PRODUCTIONS, LLC, a California Limited Liability Company; RAYMOND JELLEY, an Individual, and; DOES 1 through 10, Inclusive, <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

RAYMOND JELLEY
1350 North Laurel Avenue #9
West Hollywood, California 90046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul N. Philips, Esq.,
THE LAW OFFICES OF PAUL N. PHILIPS, APLC
9255 West Sunset Boulevard, Suite 920
West Hollywood, California 90069-3306

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*