UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-1801-MWF(JEMx)**                    Dated: **October 26, 2017**

Title:       William Kircher -*v*- Angry Goat Productions, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                        None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

       In light of the Mediation Report filed October 23, 2017, indicating the case has been completely settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 27, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

       **IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk   __cw__
CIVIL - GEN